IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. DNCW5:08CR58-2 |
| vs. ) | (Financial Litigation Unit) |
| ) | |
| AARON MORRIS. ) | |

## WRIT OF EXECUTION

TO THE UNITED STATES MARSHAL
and CALDWELL COUNTY SHERIFF'S OFFICE.:

A judgment was entered on December 15, 2010, in the United States District Court for the Western District of North Carolina, in favor of the United States of America and against the Defendant, Aaron Morris, whose last known address is XXXXXXXXXXX, Granite Falls, NC, 28630, in the sum of $625,278.06. The balance on the account as of February 15, 2011, is $625,128.06.

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and the Caldwell County Sheriff's Office is commanded to **turn over property** in which the Defendant, Aaron Morris, has a substantial nonexempt interest, the said property being funds located at the Defendant's former employer, the Caldwell County Sheriff's Office, accounts including, but not limited to, any 401(k) accounts and Individual Retirement Accounts (IRAs), in the name of Aaron Morris, at the following address: Caldwell County Sheriff's Office, 2351 Morganton Boulevard, SW, Lenoir, NC 28645, telephone number (828) 758-2324.

**SO ORDERED.**

Signed: February 16, 2011

_____
David S. Cayer
United States Magistrate Judge